```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 10922
   MICHAEL RACZEK
   PATRICIA A RACZEK                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-5391     SSN XXX-XX-5073

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/24/2005 and was confirmed 05/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  45.00%.

     The case was paid in full 03/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CITIZENS FINANCIAL SERVI  CURRENT MORTG         .00              .00             .00
GENERAL MOTORS ACCEPTANC  SECURED               .00              .00             .00
ECAST SETTLEMENT CORP     UNSECURED         9461.26              .00         4257.57
BANK OF AMERICA NA        UNSECURED        NOT FILED             .00             .00
BANK ONE                  UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED         6848.78              .00         3081.95
COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED             .00              .00             .00
ECAST SETTLEMENT CORP     UNSECURED          407.21              .00          183.24
ECAST SETTLEMENT CORP     UNSECURED          357.97              .00          161.09
PEOPLES GAS LIGHT & COKE  UNSECURED OTH     131.69               .00           59.26
AT & T BANKRUPCTY         UNSECURED        NOT FILED             .00             .00
RESURGENT ACQUISITION LL  UNSECURED         3780.29              .00         1701.13
THINKBIG                  UNSECURED        NOT FILED             .00             .00
WAL MART STORES INC       UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     SECURED               .00              .00             .00
ECAST SETTLEMENT CORP     UNSECURED         2056.51              .00          925.43
ECAST SETTLEMENT CORP     UNSECURED         5074.22              .00         2283.40
DANIEL WINTER ESQ         DEBTOR ATTY       1,794.00                         1,794.00
TOM VAUGHN                TRUSTEE                                              850.13
DEBTOR REFUND             REFUND                                               102.80

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             15,400.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                  12,653.07
ADMINISTRATIVE                              1,794.00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 10922 MICHAEL RACZEK & PATRICIA A RACZEK
```

```
TRUSTEE COMPENSATION                                              850.13
DEBTOR REFUND                                                     102.80
                                   ----------------     ----------------
TOTALS                                   15,400.00            15,400.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE